No. 12–452. MURRAY v. DEPARTMENT OF THE TREASURY ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 12–459. HARRISON v. CAPITAL GROUP COS., INC., ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 12–511. MARTIN ET AL. v. SPRING BREAK '83 PRODUCTIONS, L. L. C., ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 12–551. KENNEY v. LUC ET AL. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 12–559. MARCELLO v. UNITED STATES; and
No. 12–7116. CALABRESE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 679 F. 3d 521.

No. 12–584. KOZINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 12–5075. HIGGS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 12–5700. FUIAVA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. ▮

No. 12–6119. SHERE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. ▮

No. 12–6157. PONTICELLI v. FLORIDA. Sup. Ct. Fla. Certiorari denied. ▮

No. 12–6160. JASPER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. ▮

No. 12–6163. CARUTHERS v. NORMAN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 12–6588. DICKINSON v. OCWEN LOAN SERVICING, LLC, ET AL. C. A. 9th Cir. Certiorari denied. ▮